# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Jalila Stoudemire,** | ) | **CASE NO. 1:17 CV 2435** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| **Cleveland.com,** *et al.*, | ) | **AND ORDER** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

*Pro se* Plaintiff Jalilia Soudemire, a federal prisoner, has filed this *in forma pauperis* civil action against four defendants: Cleveland.com; Adam Ferrise; Virginia Wang; and Chris Quinn. (Doc. No. 1.) She seeks damages for defamation.

Federal courts, however, are courts of limited jurisdiction and must dismiss any case in which they determine federal subject-matter jurisdiction is lacking. *See Nagalingam v. Wilson, Sowards, Bowling & Costanzo*, 8 F. App'x 486, 487, 2001 WL 493392 (6th Cir. May 1, 2001). The party who seeks to invoke a federal court's jurisdiction bears the burden of establishing the court's authority to hear the case. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). "If the court determines at any time that it lacks subject-matter jurisdiction, [it] must dismiss the action." Fed. R. Civ. P. 12(h)(3).

The Plaintiff has not demonstrated a basis for this Court to exercise jurisdiction over her state-law defamation claims. Although she contends federal subject-matter jurisdiction exists on the basis of diversity of citizenship under 28 U.S.C. §1332, she has failed to plead the citizenship

of any of the parties in the case.  (*See* Doc. No. 1 at 2-3.)

Accordingly, this action is dismissed for lack of federal subject-matter jurisdiction.  The Court further certifies that an appeal from this decision could not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.


    /s/Donald C. Nugent
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

Dated: __January 16, 2018__